APPELLANT
SHACON MAYFEUS          X 14th COURT OF Appeels
                        X CASE NO. 14-B-00769-CR
                        X     OF
                        X HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

APR 07 2015

CHRISTOPHER A. PRINE
CLERK

MAILED
4/3/15

motion to REceive the clerk
REcords AND court REPORTER
Record to do A Rehearcing
AND PDR.

Honorable Justices of szid Court

comes Now Pro, se Appellent brings this motion
in good Faith motion to REceive the clerk
records ANd court Reporter record to do A
Rehearcing AND PDR.

## History

On March 24, 2015, This Honorable Court
Affirmed His case and He is without counsel
AND he does Not have the Record or the
tods to do a Rehearcing or A PDR. He
Requests this tonoroble court to provide
him the tods to do a Rehearing ANd
PDR. He is indigent in this metter. He
Requests that the Court takes Judicial
Notice that he was Appointed an
Attorney UNder ARt 1.051

(1)

He cites: Blackshear v. State, 342 SW3d 777, 781 (Tex. App.—Houston [14th Dist.] 2011). Rev'd on other grounds, 385 SW3d 589 (Tex. Crim. App. 2012). "The state must, as a matter of equal protection, provide indigent prisoners with the basic tools of an adequate defense or appeal when those tools are available for a price to other prisoners. Among these tools is a transcript of prior proceedings when needed for an effective defense on appeal.

## PRAYER

Appellant prays for the tools needed to do a rehearing and PDR.

## CERTIFICATE OF SERVICE

On this day of 4-3-15, I sent the 14th Court of Appeals this motion by mail from the Connally Unit, 899 Fm 632, Kenedy, Tx. 78119

Shawn Meyrers
4-3-15

(2)

Apellent
SHAWN MAYREIS

X 14th Court of Appeals
X Case No. 14-B-00769-CR
X OF
X HOUSTON, TEXAS

## Motion for Extension of Time to do a Rehearing

Hon. Justices of said court

Comes now, Appellent pro, se Shawn Mayreis brings this motion in good faith extension of time to do a Rehearing.

## History

This Honorable Court affirmed his case on, March 24, 2015, and he needs more time to do a Rehearing. He will show that the court used the wrong analysis to deny him relief

(1)

HE NEEDS (60) days to RESPOND iN this matter.

## PRAYER

HE PRAYS for RELIEF deem just

## CERTIFICATE OF SERVICE

ON 4-3-2015, By mail sent this motion to the 14th court of Appeals clerk from the CONNally unit, 899 Fm 632, KENEdy, TX, 78119

Sincerely
submitted,

Shawn Mayfield

4-3-2015

(2)

14th Court of Appeals
301 Fannin, Suite 245
Houston, Texas 77002
(4-3-2015)

Shawn Mayreis
# 1876310
Connally Unit
899 Fm 632
Kenedy, TX. 78119

RE: Shawn Mayreis, Appellant vs. The State
Trial Case No. 1340556
Court of Appeals No. 14-13-00769-CR

Dear Clerk,

Please file my motion to Receive the clerks
Record, and court reporter record to do
his Rehearing and P.D.R. and motion
for extension of time to do A Rehearing.
Thank you in this matter.

Sincerely,
SM
Shawn Mayreis
4-3-2015

Cover Letter